IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SE PROPERTY HOLDINGS, LLC,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION: 1:20-00297-KD-B** |
| **JASON DYKEN,** *et al.*, ) | |
|     **Defendants.** ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 7, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motions to dismiss Counts One through Four of the Plaintiff's Complaint (Docs. 21, 23, 25, 27) are **DENIED.**

**DONE** and **ORDERED** this the **28th** day of **October 2020.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **CHIEF UNITED STATES DISTRICT JUDGE**