IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRIE S. OWENS, Bankruptcy Trustee, *et al.*,<br>　　Plaintiffs,<br><br>vs.<br><br>JASON DYKEN, *et al.*,<br>　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION 1:20-00297-KD-B<br>)<br>)<br>) |

**ORDER**

This matter came before the Court on the "Joint Notice to Court Regarding Settlement and Notice of Filing of Mediator's Report" (Doc. 329). In same, the parties notify the Court that while they have settled this case, the settlement is subject to approval by the Bankruptcy Court (potentially a 90-day period). Upon consideration, it is **ORDERED** that: 1) all deadlines (including for Jury Selection and Jury Trial) are **CANCELLED;** 2) this case is **STAYED for 90 days** so that the Bankruptcy Court may review the parties' settlement; and 3) the parties shall file a Joint Status Report **within 90 days.**

**DONE** and **ORDERED** this the **30th** day of **June 2023.**

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**